UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 25-329(DSD)

United States of America,

   Plaintiff,

v.              **ORDER**

Fraenchot Dion Banks,

   Defendant.


  This matter is before the court upon the pro se request for early termination of supervised release by defendant Fraenchot Dion Banks. Banks argues that he should be granted early termination due to his exemplary record on supervision over the last fifteen months. The court agrees and the probation officer does not object.

  Pursuant to 18 U.S.C. § 3583(e)(1), the court, after consideration of the factors set forth in § 3553(a), may terminate a defendant's supervised release "at any time after the expiration of one year of supervised release ... if [the court] is satisfied that such action is warranted by the conduct of the defendant released and the interests of justice." The court commends Banks's record on supervision and finds that early termination is warranted.

Accordingly, **IT IS HEREBY ORDERED** that the motion for early termination of supervised release [ECF No. 4] is granted.

Dated: March 12, 2026

s/*Paul A. Magnuson* for
David S. Doty, Judge
United States District Court

2